UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
FELIPE FERNANDEZ, *on behalf of himself and all* :
*others similarly situated*, :
: 25-CV-03750 (JAV)
:
             Plaintiffs, :
: <u>ORDER</u>
    -v- :
:
WILSON SPORTING GOODS CO., :
:
             Defendant. :
------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      On June 20, 2025, Defendant filed a motion to dismiss the complaint under Rule 12(b) of the Federal Rules of Civil Procedure. Under Rule 15(a)(1)(B), a plaintiff has twenty-one (21) days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course.

      On July 1, 2025, Plaintiffs notified the Court of their intention to file an Amended Complaint. ECF No. 10.

      Plaintiffs shall file any amended complaint by **July 18, 2025**. Pursuant to Local Civil Rule 15.1, available at https://www.nysd.uscourts.gov/rules, any amended complaint should be filed with a redline showing all differences between the original and revised filings. Plaintiffs are on notice that there will likely not be any further opportunity to amend the complaint to address issues raised by the motion to dismiss.

      By three (3) weeks after the amended complaint is filed, Defendant shall: (1) file an answer; (2) file a new motion to dismiss; or (3) file a letter on ECF stating that it relies on the previously filed motion to dismiss. If Defendant files an answer or a new motion to dismiss, the Court will deny the previously filed motion to dismiss as moot. If Defendant files a new motion to dismiss or indicates that it relies on its previously filed motion to dismiss, any opposition shall be filed within fourteen days, and any reply shall be filed within seven days of any opposition.

      If Plaintiffs elect not to amend the pleadings, Plaintiffs shall file any opposition to the motion to dismiss by **July 18, 2025**. Defendant's reply, if any, shall be filed by **July 25, 2025**.

SO ORDERED.

Dated: July 2, 2025
      New York, New York
                                                                                  JEANNETTE A. VARGAS
                                                                                  United States District Judge